Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Valiant INT Pipeline, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 5 3 2 6 7 5 8** |

**4. Debtor's address**

**Principal place of business**

**PO Box 492**
Number    Street

**Cisco, TX 76021**
City                    State    ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

Number        Street

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

**1402 Ft. McKavitt**
Number        Street

**Mason, TX 76856**
City                State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    **Limited Liability Company**

Debtor    **Valiant INT Pipeline, LLC**

Name _____    Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____    When _____    Case number _____
                                         MM / DD / YYYY

District _____    When _____    Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____    When _____
                                                            MM / DD / YYYY

Case number, if known _____

Debtor   **Valiant INT Pipeline, LLC**

_____

Name

Case number *(if known)* _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>      _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>      Number        Street<br>      _____<br>      _____<br>      City                                      State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name    _____<br>              Phone              _____ |

<br>

| | |
|---|---|
| ■ | **Statistical and administrative information** |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49      ☑ 50-99      ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                                      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                  ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/23/2024**
MM/  DD/  YYYY

**X**  **/s/ George L. Sellers**                          **George L. Sellers**
Signature of authorized representative of debtor            Printed name

Title                **president**

**18. Signature of attorney**

**X**          **/s/ Behrooz P. Vida**          Date  **05/23/2024**
Signature of attorney for debtor                          MM/  DD/  YYYY

**Behrooz P. Vida**
Printed name

**The Vida Law Firm, PLLC**
Firm name

**3000 CENTRAL DR**
Number        Street

**BEDFORD**                          **TX**      **76021-3671**
City                                State    ZIP Code

**(817) 358-9977**                          **filings@vidalawfirm.com**
Contact phone                          Email address

**20578040**                          **TX**
Bar number                          State

Fill in this information to identify the case:

Debtor Name   **Valiant INT Pipeline, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase | Checking account | 5 0 5 3 | ($606.17) |
| 3.2. | Herring Bank | Checking account | 0 1 6 5 | $0.00 |
| 3.3. | First Financial Bank | Checking account | 5 4 9 4 | $20,001.89 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $19,395.73 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor      **Valiant INT Pipeline, LLC**                                    Case number *(if known)* _____
            _____
            Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  **Trust fund account held with Christensen Law Group** _____  **$1,117.50**

9. **Total of Part 2**                                                          | $1,117.50 |

   Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:   _____ - _____ =..... ➔   _____
                                face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ - _____ =..... ➔   _____
                                face amount           doubtful or uncollectible accounts

12. **Total of Part 3**                                                         | _____ |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method used    Current value of
                                                    for current value        debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____   _____   _____

    14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of
                                                 ownership:

    15.1. _____  _____  _____   _____

    15.2. _____  _____  _____   _____

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor    **Valiant INT Pipeline, LLC**                                    Case number *(if known)* _____
_____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    | _____ |

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress**<br>_____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale**<br>_____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies**<br>_____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                    | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor      **Valiant INT Pipeline, LLC** _____      Case number *(if known)* _____
       Name

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.         _____

34.  **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

---

Debtor    **Valiant INT Pipeline, LLC**
_____

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| hand tools | unknown | | $7,500.00 |
| welding supplies | unknown | | $2,500.00 |
| pipeline heaters | unknown | | $2,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $12,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2023 PJ LD-4 /** VIN: 2427 location: 296 Wright Ave., Kermit, Texas 79745 | unknown | | $10,000.00 |

Debtor     **Valiant INT Pipeline, LLC**                                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 47.2 **2022 PJ LD4 /** VIN: 9176 location: 1402 Ft. McKavitt, Mason, Texas 76856 | unknown | $10,000.00 |
| 47.3 **2007 CM Cargo /** VIN: 8350 location: 1402 Ft. McKavitt, Mason, Texas 76856 | unknown | $1,750.00 |
| 47.4 **40 foot PJ Gooseneck Trailer /** VIN: 8247 located: 296 Wright Ave., Kermit, Texas 79745 | unknown | unknown |
| 47.5 **2020 NWT LOW /** VIN: 1191 located: 20217 E. 1120 Road, Elk City, OK 73644 | unknown | $1,750.00 |
| 47.6 **2023 Lonestar Cargo Trailer /** VIN: 4120 purchased free & clear; has not been registered, title is under Nationwide Trailers, LLC | unknown | $4,500.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____     _____  _____  _____

48.2 _____     _____  _____  _____

49.  **Aircraft and accessories**

49.1 _____     _____  _____  _____

49.2 _____     _____  _____  _____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2022 Hori /** VIN: 0924 location: 1402 Ft. McKavitt, Mason, Texas 76856 | unknown | $1,750.00 |
| **2022 Hori /** VIN: 0916 location: 1402 Ft. McKavitt, Mason, Texas 76856 | unknown | $1,250.00 |
| **2020 BWJ LOW /** VIN: 3393 location: 1402 Ft. McKavitt, Mason, Texas 76856 | unknown | $3,750.00 |
| **Allmond Maxi-Heat /** VIN: 0350MXH12 located: 20217 E. 1120 Road, Elk City, OK 73644 | unknown | $250.00 |
| **Allmond Maxi-Heat /** VIN: 0073MXH12 located: 20217 E. 1120 Road, Elk City, OK 73644 | unknown | $1,750.00 |

51.  **Total of Part 8**                                                           | $36,750.00 |
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**   Real property

Debtor    **Valiant INT Pipeline, LLC**
_____        Case number *(if known)* _____
          Name

---

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.         _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| **valiant-ip.com** | **unknown** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

---

Debtor   **Valiant INT Pipeline, LLC**
_____   Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** | | |
| **65.** | **Goodwill** | | |
| **66.** | **Total of Part 10** | | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜ _____
Total face amount      doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor      **Valiant INT Pipeline, LLC**

Name                                                                Case number *(if known)*

---

**Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch") Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen, Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No. CJ-2023-18**    unknown

Nature of claim      **Breach of Fiduciary Duty, Equitable Accounting, Tortious Interference, Violation of OK Uniform Trade Secrets Act, Conspiracy, Unfair Competition, Conversion, Injunction, Unjust Enrichment**

Amount requested     **unknown**

**Valiant INT Pipeline, LLC vs. Strata Production Company and Eric Talavera; Case No. DC23-18305; case dismissed 4/19/2023**    unknown

Nature of claim      **Breach of Contract, Fraud, negligent misrepresentation, tortious interference**

Amount requested     **$3,310,671.26**

**Terran Beakin**    unknown

Nature of claim

Amount requested     **unknown**

**Bobs Construction Electrical**    unknown

Nature of claim

Amount requested     **unknown**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim

Amount requested

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **Valiant INT Pipeline, LLC**                                Case number *(if known)*
_____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $19,395.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,117.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $36,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................... ➞ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............................91a. | $69,763.23 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................. | | $69,763.23 |

**Fill in this information to identify the case:**

Debtor name __**Valiant INT Pipeline, LLC**__

United States Bankruptcy Court for the: __**Northern**__   District of   __**Texas**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien _____

Creditor's mailing address _____

_____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?

Date debt was incurred _____

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   _____

Fill in this information to identify the case:

Debtor name _____ **Valiant INT Pipeline, LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Advantage Equip Rentals & Sales, LLC**

**15850 US -377 South**

**Fort Worth, TX 76126**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Advantage Equipment Rentals & Sales, LLC vs. Valiant INT
Pipeline, LLC; Case No.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  services

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**3.2** Nonpriority creditor's name and mailing address

**Allen Bryson PLLC**

**211 N. Center St.**

**Longview, TX 75601**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Pro Fusion, LLC vs. Valiant INT Pipeline, LLC; Case No.
2023-187-A

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  attorneys fees

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**3.3** Nonpriority creditor's name and mailing address

**Ally**

**PO Box 380903**

**Bloomington, MN 55438**

Date or dates debt was incurred _____

Last 4 digits of account number   4   9   3   1

Remarks: 2022 Ram 3500 VIN#8938

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**deficiency balance on
previously secured**
Basis for the claim:  account.

Is the claim subject to offset?
☑ No
☐ Yes

**$24,551.94**

**3.4** Nonpriority creditor's name and mailing address

**Ally**

**PO Box 380902**

**Minneapolis, MN 55438**

Date or dates debt was incurred _____

Last 4 digits of account number   4   9   1   6

Remarks: 2022 Ram 1500 VIN#9995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**deficiency balance on
previously secured**
Basis for the claim:  account.

Is the claim subject to offset?
☑ No
☐ Yes

**$12,482.28**

Debtor    **Valiant INT Pipeline, LLC**    Case number *(if known)* _____
_____
Name

---

| **Part 2:** | Additional Page |

---

**3.5** **Nonpriority creditor's name and mailing address**

**Ally**
_____
**PO Box 380903**
_____
**Bloomington, MN 55438**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **5  0  1  0**

Remarks: 2022 Ram 2500 VIN#2494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

deficiency balance on previously secured
Basis for the claim: **account.**

Is the claim subject to offset?
☑ No
☐ Yes

$23,713.44

---

**3.6** **Nonpriority creditor's name and mailing address**

**Ally**
_____
**PO Box 380903**
_____
**Bloomington, MN 55438**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **4  8  8  9**

Remarks: 2022 Ram 1500 VIN#0389

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

deficiency balance on previously secured
Basis for the claim: **account.**

Is the claim subject to offset?
☑ No
☐ Yes

$30,167.26

---

**3.7** **Nonpriority creditor's name and mailing address**

**AMGuard Insurance Company**
_____
**9 Public Square**
_____
**Wilkes Barre, PA 18703**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **6  3  9  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☑ No
☐ Yes

$9,352.00

---

**3.8** **Nonpriority creditor's name and mailing address**

**Associated Supply Company, Inc.**
_____
**PO Box 3888**
_____
**Lubbock, TX 79452**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **0  1  2  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☑ No
☐ Yes

$234.00

---

Debtor **Valiant INT Pipeline, LLC**
_____

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Atkins, Hollmann, Jones**

**Peacock, Lewis & Lyon**

**3800 E. 42nd St.**

**Odessa, TX 79762**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
MPS Enterprises, Inc. dba Milford vs. Valiant INT Pipeline, LLC
and George Sellers; Case No. CC24698

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10** Nonpriority creditor's name and mailing address

**Auxiliary Energy Services, LLC**

**PO Box 1258**

**Lovington, NM 88260**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Auxiliary Energy Services, LLC vs. Valiant Pipeline, LLC; Case
No. D-506-CV-2022-00997

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$231,080.86

---

**3.11** Nonpriority creditor's name and mailing address

**Beck Trucking**

**1703 S. Merritt Road**

**Elk City, OK 73644**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☑ No
☐ Yes

$17,280.21

---

**3.12** Nonpriority creditor's name and mailing address

**Bell Supply Company, LLC**

**PO Box 842263**

**Dallas, TX 75284**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Bell Supply Company, LLC vs. Valiant INT Pipeline, LLC and
George Sellers; Case No. CV-2023-00470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier - judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$44,509.56

---

| Debtor | **Valiant INT Pipeline, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Blue Star Services**

**PO Box 1268**

**Tularosa, NM 88352**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,288.99**

---

**3.14** Nonpriority creditor's name and mailing address

**Boss Industrial Solutioins**

**120 SW. 6th Ave.,**

**Amarillo, TX 79101**

Date or dates debt was incurred _____

Last 4 digits of account number   2  4  7  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

**$94,847.58**

---

**3.15** Nonpriority creditor's name and mailing address

**Boss Industrial Solutioins**

**120 SW. 6th Ave.,**

**Amarillo, TX 79101**

Date or dates debt was incurred _____

Last 4 digits of account number   2  4  7  6

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,000.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Brad Walker**

**37762 Marias Way**

**Magnolia, TX 77354**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,500.00**

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

**Brent L. Watkins**

**Skelton Slusher et al**

**1616 S. Chestnut**

**Lufkin, TX 75901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Elliott Electric Supply, Inc. vs. Valiant INT Pipeline, LLC and
George L. Sellers; Case No. C2338226

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

**Buck Keenan LLP**

**2229 San Felipe 3000**

**Houston, TX 77039**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **professional services - attorney fees**

Is the claim subject to offset?
☑ No
☐ Yes

$45,765.23

---

**3.19** Nonpriority creditor's name and mailing address

**Carl Farni**

**PO Box 99**

**Elk City, OK 73648**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **commercial lease: 108 Oilfield Road, Elk City, OK 73644**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

**Chase INK Business Card**

**PO Box 6294**

**Carol Stream, IL 60197-6294**

Date or dates debt was incurred _____

Last 4 digits of account number  9  6  8  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

$130,283.35

---

Debtor   **Valiant INT Pipeline, LLC**
_____   Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Chase National Payment Services**

**Mail Code: OH1-1272**

**PO Box 182223**

**Columbus, OH 43218**

Date or dates debt was incurred _____

Last 4 digits of account number   **5   0   5   3**

As of the petition filing date, the claim is:   $1,212.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **overdraft account**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Christensen Law Group, PLLC**

**622 W. 3rd Street**

**Elk City, OK 73644**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Davis, Gerald & Cremer**

**400 W. Illinois, 1400**

**Midland, TX 79701**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Remarks:
Valiant INT Pipeline, LLC vs. Strata Production Company and Eric
Talavera; Case No. DC23-18305

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Dcp Valve & Repair Services Llc**

**1004 N. Main**

**Cordell, OK 73632**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $781.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Valiant INT Pipeline, LLC**    Case number *(if known)* _____

Name

---

| Part 2: | Additional Page |
|---|---|

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.25**

Nonpriority creditor's name and mailing address

**Defiance LLC**

**19344 E 1180 Road**

**Sayre, OK 73662**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  **potential liability**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**unknown**

---

**3.26**

Nonpriority creditor's name and mailing address

**Diego Trucking**

**Services, LLC**

**PO Box 299**

**Vaughn, NM 88353**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$15,500.00**

---

**3.27**

Nonpriority creditor's name and mailing address

**Double S. Welding, Inc.**

**2358 State Hwy 92**

**Chickasha, OK 73018**

Date or dates debt was incurred _____

Last 4 digits of account number   **5  0  7  2**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$12,000.00**

---

**3.28**

Nonpriority creditor's name and mailing address

**Doyle Yake**

**PO Box 168**

**Stinnett, TX 79083**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  **potential liability**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**unknown**

---

Debtor   **Valiant INT Pipeline, LLC**
_____   Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,943.97** |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**DXP**

**103 E. 20th St.**

**Elk City, OK 73644**

Date or dates debt was incurred _____

Last 4 digits of account number   3  8  9  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,943.97**

---

**3.30**   Nonpriority creditor's name and mailing address

**Elliott Electric Supply, Inc.**

**PO Box 306524**

**Dallas, TX 75320-6524**

Date or dates debt was incurred _____

Last 4 digits of account number   7  8  2  4

**Remarks:**
Elliott Electric Supply, Inc. vs. Valiant INT Pipeline, LLC and George L. Sellers; Case No. C2338226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  supplier - judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,130.62**

---

**3.31**   Nonpriority creditor's name and mailing address

**Eric Talavera**

**1505 Fox Ave**

**Dumas, TX 79029**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Remarks:**
Valiant INT Pipeline, LLC vs. Strata Production Company and Eric Talavera; Case No. DC23-18305

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.32**   Nonpriority creditor's name and mailing address

**Evolve Vessel Company**

**PO Box 808**

**Elk City, OK 73648**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  services**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,933.22**

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

**3.34**

Nonpriority creditor's name and mailing address

**Flash Funding, LLC**

**10622 Hirsch Road**

**Houston, TX 77016**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Flash Funding, LLC vs. Valiant INT Pipeline, LLC, George Sellers;
Case No. 2020-51396

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **signature loan - judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$915,383.50**

---

**3.35**

Nonpriority creditor's name and mailing address

**GableGotwals**

**BOK Park Plaza**

**499 W. Sheridan Ave. 2200**

**Oklahoma City, OK 73102**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,412.00**

---

**3.36**

Nonpriority creditor's name and mailing address

**George Sellers**

**d/b/a S3 Cons**

**2203 Riva Row Apt. 1108**

**Spring, TX 77380**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.37**

Nonpriority creditor's name and mailing address

**Gerald Burris**

**12673 Hwy 6**

**Carter, OK 73627**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **potential liability**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Debtor   **Valiant INT Pipeline, LLC**

Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |

---

**3.38**

Nonpriority creditor's name and mailing address

**H&S Rental & Services, LLC**

**PO Box 62582**

**San Angelo, TX 76906**

Date or dates debt was incurred

Last 4 digits of account number     **0   0   0   0**

Remarks:
H&S Rental & Services, LLC. vs Valiant INT Pipeline LLC, aka
and dba Baliant INT Pipeline; and George Sellers aka and BSPA,
George L. Sellers and G.L. Sellers; Case No. 1202261

As of the petition filing date, the claim is:     **$7,250.35**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **vendor - Judgment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.39**

Nonpriority creditor's name and mailing address

**Hicks Law Group**

**325 N. St. Paul St. Ste. 4400**

**Dallas, TX 75201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Remarks:
Kirby-Smith Machinery vs. Valiant INT Pipeline LLC and Nicholas
Moriarty, Individually; Case No. 2023-75524

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:   **attorneys fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.40**

Nonpriority creditor's name and mailing address

**Hinkle Shanor LLP**

**PO Box 10**

**Roswell, NM 88202-0010**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Remarks:
Valiant INT Pipeline, LLC vs. Strata Production Company and Eric
Talavera; Case No. DC23-18305

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:   **attorneys fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.41**

Nonpriority creditor's name and mailing address

**Intake Rental & Supply, LLC**

**PO Box 4312**

**Houma, LA 70361**

Date or dates debt was incurred

Last 4 digits of account number     **2   9   0   5**

Remarks:
Intake Rental & Supply vs. Valiant INT Pipeline, LLC; Case No.
JP1-23-1721

As of the petition filing date, the claim is:     **$8,560.75**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.42**

**Nonpriority creditor's name and mailing address**

**IPFS Corporation**

**PO Box 413086**

**Kansas City, MO 64105**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  9  7  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services - insurance**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$13,733.80

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Ivan "Cinch" Yake**

**19344 E. 1180 Road**

**Cordell, OK 73632**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **potential liability**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Jameson & Dunagan, PC**

**5429 LBJ Freeway 700**

**Dallas, TX 75240**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks:
Bell Supply Company, LLC vs. Valiant INT Pipeline, LLC and
George Sellers; Case No. CV-2023-00470

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **attorneys fees**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.45**

**Nonpriority creditor's name and mailing address**

**JB Assets Management**

**Brownings Concrete Pumping & Trucking**

**15850 Highway 377**

**Fort Worth, TX 76126**

Date or dates debt was incurred _____

Last 4 digits of account number  **4  4  3  6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$850.00

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.46** Nonpriority creditor's name and mailing address

**Joyce Crane**

**5401 East Texas Ave.**

**Bunkie, LA 71322**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,799.42

---

**3.47** Nonpriority creditor's name and mailing address

**JPMorgan Chase**

**Mail Code LA4-6911**

**700 Kansas Lane**

**Monroe, LA 71203-4774**

Date or dates debt was incurred    _____

Last 4 digits of account number    **5   0   5   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **overdraft account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,117.33

---

**3.48** Nonpriority creditor's name and mailing address

**Kaylee Volker**

**503 Pine Ave.**

**Vega, TX 79092**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Remarks:**
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **potential liability**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.49** Nonpriority creditor's name and mailing address

**Kirby-Smith Machinery, Inc.**

**PO Box 270350**

**Oklahoma City, OK 73137**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Remarks:**
Kirby-Smith Machinery vs. Valiant INT Pipeline LLC and Nicholas
Moriarty, Individually; Case No. 2023-75524

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$64,453.45

---

Debtor   **Valiant INT Pipeline, LLC**

Name                                                                          Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.50** Nonpriority creditor's name and mailing address

**Lester Cummins**

**PO Box 1174**

**Erick, OK 73645**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **potential liability**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.51** Nonpriority creditor's name and mailing address

**Linde Gas & Equipment, Inc.**

**Dept. 0889**

**PO Box 120889**

**Dallas, TX 75312-0889**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,638.98**

---

**3.52** Nonpriority creditor's name and mailing address

**Lisa M. Molsbee, Esq.**

**The Parkway Building**

**3401 NW 63rd Stret 600**

**Oklahoma City, OK 73116**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch")
Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen,
Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No.
CJ-2023-18

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.53** Nonpriority creditor's name and mailing address

**Lynch, Chappell & Alsup**

**300 North Marienfeld 700**

**Midland, TX 79701**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
Intake Rental & Supply vs. Valiant INT Pipeline, LLC; Case No.
JP1-23-1721

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.54** Nonpriority creditor's name and mailing address

**Michael Real Estate**

**PO Box 924**

**Meadow, TX 79345**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
commercial office: 800 N. Pine (Jal Hwy.), Kermit, Texas 79745

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **commercial office lease arrears**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.55** Nonpriority creditor's name and mailing address

**MPS Enterprises, Inc. dba Milford**

**7607 W Industrial Ave,**

**Midland, TX 79706**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
MPS Enterprises, Inc. dba Milford vs. Valiant INT Pipeline, LLC
and George Sellers; Case No. CC24698

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment - Abstracted 6/2/2023I DOC#2023054919; County of Midland**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,981.90**

---

**3.56** Nonpriority creditor's name and mailing address

**NexTrag**

**PO Box 745895**

**Atlanta, GA 30374-5895**

Date or dates debt was incurred

Last 4 digits of account number  **6  8  9  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,887.64**

---

**3.57** Nonpriority creditor's name and mailing address

**Nichols Water Services, Inc.**

**423 E. Main**

**Forgan, OK 73938**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks:
Nicols Water Services, Inc. vs. Valiant INT Pipeline, LLC; Case
No. C-J-23-9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services - Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,021.56**

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.58** Nonpriority creditor's name and mailing address

**Northwest Crane Services, LLC**

**1125 40th Street B**

Date or dates debt was incurred

Last 4 digits of account number    **9  9  9  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,538.80**

---

**3.59** Nonpriority creditor's name and mailing address

**Nowlin Law Firm**

**2072 Three Lake Parkway 100**

**Tyler, TX 75703**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.60** Nonpriority creditor's name and mailing address

**Oklahoma Turnpike Authority**

**PO Box 248935**

**Oklahoma City, OK 73136-0255**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **tolls**

Is the claim subject to offset?
☑ No
☐ Yes

**$45.30**

---

**3.61** Nonpriority creditor's name and mailing address

**Pace Field Services, LLC**

**6303 W. Murphy St. Bldg 5**

**Odessa, TX 79763**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,790.00**

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.62** Nonpriority creditor's name and mailing address

**Paul Allen**

**PO Box 232**

**Higgins, TX 79046**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch") Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen, Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No. CJ-2023-18

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **potential liability**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.63** Nonpriority creditor's name and mailing address

**Principal Life Insurance Company**

**Group Benefits**

**311 High Street**

**Des Moines, IA 50392**

Date or dates debt was incurred _____

Last 4 digits of account number  0 0 4 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset?
☑ No
☐ Yes

$689.96

---

**3.64** Nonpriority creditor's name and mailing address

**Pro Fusion, LLC**

**PO Box 2049**

**Kilgore, TX 75663**

Date or dates debt was incurred _____

Last 4 digits of account number  1 0 0 2

Remarks:
Pro Fusion, LLC vs. Valiant INT Pipeline, LLC; Case No. 2023-187-A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor - Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$23,379.88

---

**3.65** Nonpriority creditor's name and mailing address

**R.O. Pomroy Equipment Rental, Inc.**

**dba Roper, Inc.**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
R.O. Pomroy Equipment Rental, Inc. dba Roper, Inc. vs. Valiant INT Pipeline, LLC; Case No. D-22-08-1019CV

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$32,992.89

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,358.70** |

**Rabern Rentals**

**4807 S. Washington**

**Amarillo, TX 79109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **vendor**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00** |

**Roper, Inc.**

**PO Box 1683**

**Odessa, TX 79766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Judgment**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Roper, Inc. vs

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Sanders, Bruin, Coll & Worley, PA**

**P701 W. Country Club Road**

**Roswell, NM 88202-0550**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **attorneys fees**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Auxiliary Energy Services, LLC vs. Valiant Pipeline, LLC; Case
No. D-506-CV-2022-00997

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,440.44** |

**Seward County Waste Management**

**1703 E. 8th Street**

**8th Street Hwy 54**

**Liberal, KS 67905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **services**

Date or dates debt was incurred _____

Last 4 digits of account number **6 6 0 0**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Valiant INT Pipeline, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

| **3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,323.35** |

**Small Business Administration**

**409 3rd Street SW**

**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **PPI Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **7 7 0 7**

---

| **3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177,887.04** |

**Small Business Administration**

**409 3rd Street SW**

**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **PPI Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **8 4 0 7**

---

| **3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |

**Strata Production Company**

**PO Box 1030**

**Roswell, NM 88202-1030**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **potential liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Remarks:**
Valiant INT Pipeline, LLC vs. Strata Production Company and Eric
Talavera; Case No. DC23-18305

---

| **3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,973.22** |

**TD Rentals**

**3681 Hwy 377**

**Carrizo Springs, TX 78834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Valiant INT Pipeline, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,801.11**

**Texas First Rentals LLC**

**PO Box 650869**

**Dallas, TX 75265-0869**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  rental services**

Date or dates debt was incurred _____

Last 4 digits of account number   2  3  1  1

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,213.54**

**Texas Workforce Commission**

**Tax Dept.**

**Box 591**

**Fort Worth, TX 76101-0591**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**unemployment taxes:**
**Basis for the claim:  941**

Date or dates debt was incurred _____

Last 4 digits of account number   7  2  -  8

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**

**The Fuentes Firm, P.C.**

**5507 Louetta Road A**

**Spring, TX 77379**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:  attorneys fees**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:**
Flash Funding, LLC vs. Valiant INT Pipeline, LLC, George Sellers;
Case No. 2020-51396

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**

**The Fusselman Law Firm, PC**

**1616 S Voss Rd 775**

**Houston, TX 77057**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:  attorneys fees**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:**
Unit Liner vs. Valiant INT Pipeline, LLC; Case No. 33-01-01100

---

Debtor    **Valiant INT Pipeline, LLC**
_____    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.78** | Nonpriority creditor's name and mailing address

**Todd, Barron Thomason, Hudman**

**Bebout, Rodriguez, PC**

**3800 E. 42nd St. 409**

**Odessa, TX 79762-5982**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
R.O. Pomroy Equipment Rental, Inc. dba Roper, Inc. vs. Valiant
INT Pipeline, LLC; Case No. D-22-08-1019CV

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**Totz Ellison & Totz, P.C.**

**2211 Norfolk 510**

**Houston, TX 77098**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
H&S Rental & Services, LLC. vs Valiant INT Pipeline LLC, aka
and dba Baliant INT Pipeline; and George Sellers aka and BSPA,
George L. Sellers and G.L. Sellers; Case No. 1202261

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address

**Troy Jones Rentals, Inc.**

**1203 South Main**

**Elk City, OK 73644**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  3  5  5**

As of the petition filing date, the claim is:    **$11,408.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address

**Truist Bank**

**Recovery Dept.**

**PO Box 85052**

**Richmond, VA 23285**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: 2019 Ford Super Duty VIN#1060

As of the petition filing date, the claim is:    **$30,185.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**deficiency balance on
previously secured**
Basis for the claim:  **account.**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,200.00

**Turkey Creek HDD, Inc.**

**1300 SE Loop 335**

**Amarillo, TX 79118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Turkey Creek HDD, Inc. vs. Valiant INT Pipeline, LLC; Case No. CC24942

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.59

**TX Tag**

**PO Box 650749**

**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  tolls**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   0   4   9   9

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $654.76

**Ultimate Safety & Supply, LLC**

**1120 th Street**

**Woodward, OK 73801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   7   6   8   1

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,584.45

**Unit Liner Company**

**7901 N Kickapoo Ave**

**Shawnee, OK 74804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Judgment**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Unit Liner vs. Valiant INT Pipeline, LLC; Case No. 33-01-01100

---

Debtor    **Valiant INT Pipeline, LLC**
Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,046.33 |
|---|---|---|---|

**United Rentals North America, Inc.**

**100 First Stamford Place 700**

**Stamford, CT 06902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  services**

Last 4 digits of account number  **3 - 0 0**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,139,933.25 |
|---|---|---|---|

**US Small Business Administration**

**Disaster Assitance**

**14925 Kingsport Road**

**Fort Worth, TX 76155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  EIDL loan**

Last 4 digits of account number  **7 4 0 9**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,172.35 |
|---|---|---|---|

**Verizon Wireless**

**6929 N. Lakewood Ave.**

**Tulsa, OK 74117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  services**

Last 4 digits of account number  **0 0 0 1**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,039.83 |
|---|---|---|---|

**W-4 Services, LLC**

**Lockbox 52143**

**Amarillo, TX 79159**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  rental services**

Last 4 digits of account number  **1 2 2 3**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **Valiant INT Pipeline, LLC**
_____    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

**3.90** **Nonpriority creditor's name and mailing address**

**Yoxall, Antrim & Frymire, LLP**
_____

**101 W 4th St Liberal**
_____

**Liberal, KS 67901-3224**
_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:**
Nichols Water Service, Inc. vs.

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** attorneys fees

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Valiant INT Pipeline, LLC**
Name

Case number *(if known)* _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Altus Receivables Management** <br> **2121 Airline Dr. 520** <br> **Metairie, LA 70002** | Line **3.29** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Christopher J. Jameson, Jr.** <br> **5429 LBJ Fwy, 700** <br> **Dallas, TX 75240** | Line **3.12** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **CRF Solutions** <br> **2051 Royal Ave.** <br> **Simi Valley, CA 93065** | Line **3.86** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Freedom Price & Anziani, PC** <br> **1102 West Ave. 200** <br> **Austin, TX 78701** | Line **3.42** <br> ☐ Not listed. Explain _____ | **4 3 4 3** |
| 4.5 **Hicks Law Group, PLLC** <br> **335 N. St. Paul Street 4400** <br> **Dallas, TX 75203** | Line **3.49** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **James Patrick Murphy** <br> **Murphy Mahon Keffler & Farrier** <br> **500 East 4th Street 225** <br> **Fort Worth, TX 76102** | Line **3.82** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 **Jon D. Totz** <br> **Totz Ellison & Tote, PC** <br> **2211 Norfolk St. 510** <br> **Houston, TX 77098-4048** | Line **3.38** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 3:** Additional Page

| | | |
|---|---|---|
| 4.8 | **Levington Law Firm, Ltd.** | Line **3.63** |
| | **One Pierce Place 725W** | ☐ Not listed. Explain _____ |
| | **Itasca, IL 60143** | |
| 4.9 | **McAfee & Taft** | Line **3.58** |
| | **8th Floor, Two Leadership Square** | ☐ Not listed. Explain _____ |
| | **211 N Robinson Ave** | |
| | **Oklahoma City, OK 73102** | |
| 4.10 | **McCarthy, Burgess & Wolfe** | Line **3.88** |
| | **The MB&W Building** | ☐ Not listed. Explain _____ |
| | **26000 Cannon Road** | |
| | **Bedford, OH 44146** | |
| 4.11 | **Murray A. "Trey" Crutcher** | Line **3.55** |
| | **38000 E. 42nd St 500** | ☐ Not listed. Explain _____ |
| | **Odessa, TX 79762** | |
| 4.12 | **Nowlin Law Firm** | Line **3.64** |
| | **2072 Three Lake Parkway 100** | ☐ Not listed. Explain _____ |
| | **Tyler, TX 75703** | |
| 4.13 | **The Fusselman Law Firm, PC** | Line **3.85** |
| | **1616 S Voss Rd 775** | ☐ Not listed. Explain _____ |
| | **Houston, TX 77057** | |
| 4.14 | **Transworld Systems, Inc.** | Line **3.70** |
| | **500 Virginia Dr. 514** | ☐ Not listed. Explain _____ |
| | **Fort Washington, PA 19034** | |
| 4.15 | **Transworld Systems, Inc.** | Line **3.71** |
| | **500 Virginia Dr. 514** | ☐ Not listed. Explain _____ |
| | **Fort Washington, PA 19034** | |
| 4.16 | **Underwood** | Line **3.66** |
| | **PO Box 9158** | ☐ Not listed. Explain _____ |
| | **Amarillo, TX 79105-9158** | |
| 4.17 | **United Collection Bureau, Inc.** | Line **3.20** | **1  8  8  0** |
| | **5620 Southwyck Blvd, Ste 206** | ☐ Not listed. Explain _____ | |
| | **Toledo, OH 43614** | |
| 4.18 | **Vanderbloeman Law Firm** | Line **3.56** |
| | **330 E. Coffee St.** | ☐ Not listed. Explain _____ |
| | **Greenville, SC 29601** | |

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:** Additional Page

| 4.19 | **Transworld Systems, Inc.** | Line **3.71** | | |
|---|---|---|---|---|
| | **500 Virginia Dr. 514** | ☐ Not listed. Explain | | ___ ___ ___ ___ |
| | **Fort Washington, PA 19034** | | | |
| 4.20 | **Underwood** | Line **3.66** | | |
| | **PO Box 9158** | ☐ Not listed. Explain | | |
| | **Amarillo, TX 79105-9158** | | | |
| 4.21 | **United Collection Bureau, Inc.** | Line **3.20** | | |
| | **5620 Southwyck Blvd, Ste 206** | ☐ Not listed. Explain | | **1  8  8  0** |
| | **Toledo, OH 43614** | | | |
| 4.22 | **Vanderbloeman Law Firm** | Line **3.56** | | |
| | **330 E. Coffee St.** | ☐ Not listed. Explain | | ___ ___ ___ ___ |
| | **Greenville, SC 29601** | | | |

| Debtor | **Valiant INT Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

5.     **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$5,666,329.07** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$5,666,329.07** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Valiant INT Pipeline, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | Chapter **7** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Legal Service Agreement <br> Contract to be REJECTED | Buck Keenan LLP <br> 2229 San Felipe 3000 <br> Houston, TX 77039 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | commercial Lease: 108 Oilfield Road, Elk City, OK 73644 <br> Contract to be REJECTED | Carl Farni <br> PO Box 99 <br> Elk City, OK 73648 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Representation for legal matters <br> Contract to be REJECTED | Christensen Law Group, PLLC <br> 622 W. 3rd Street <br> Elk City, OK 73644 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | legal fees <br> Contract to be REJECTED | GableGotwals <br> BOK Park Plaza <br> 499 W. Sheridan Ave. 2200 <br> Oklahoma City, OK 73102 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor   **Valiant INT Pipeline, LLC**

Name

Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | commercial office: 800 N. Pine (Jal Hwy.), Kermit, Texas 79745<br><br>**Contract to be REJECTED** | **Michel Real Estate**<br><br>**PO Box 924**<br><br>**Meadow, TX 79345** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Valiant INT Pipeline, LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | George L. Sellers | PO Box 492 _Street_ | Elliott Electric Supply, Inc. | ☐ D ☑ E/F ☐ G |
| | | Cisco, TX 76437 _City  State  ZIP Code_ | H&S Rental & Services, LLC | ☐ D ☑ E/F ☐ G |
| | | | Bell Supply Company, LLC | ☐ D ☑ E/F ☐ G |
| | | | Flash Funding, LLC | ☐ D ☑ E/F ☐ G |
| | | | Truist Bank | ☐ D ☑ E/F ☐ G |
| | | | MPS Enterprises, Inc. dba Milford | ☐ D ☑ E/F ☐ G |
| 2.2 | Nicholas Moriarty | 3309 Green Mountain Dr. _Street_ | Kirby-Smith Machinery, Inc. | ☐ D ☑ E/F ☐ G |
| | | Livermore, CO 80536 _City  State  ZIP Code_ | | |

| Debtor | **Valiant INT Pipeline, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | **Sellers, George L.** | **PO Box 492** <br> Street <br><br> **Cisco, TX 76437** <br> City          State          ZIP Code | **Elliott Electric Supply, Inc.** | ❑ D <br> ☑ E/F <br> ❑ G |
| | | | **H&S Rental & Services, LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| | | | **Bell Supply Company, LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| | | | **Flash Funding, LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| | | | **Truist Bank** | ❑ D <br> ☑ E/F <br> ❑ G |
| | | | **MPS Enterprises, Inc. dba Milford** | ❑ D <br> ☑ E/F <br> ❑ G |
| 2.4 | _____ | Street <br><br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.5 | _____ | Street <br><br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street <br><br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Fill in this information to identify the case:

Debtor name _____**Valiant INT Pipeline, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____   Chapter __**7**__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................

   **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................

   **$69,763.23**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.............................................................................

   **$69,763.23**

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   **+   $5,666,329.07**

4. **Total liabilities**..................................................................................................................................

   Lines 2 + 3a + 3b

   **$5,666,329.07**

Fill in this information to identify the case:

Debtor name     **Valiant INT Pipeline, LLC**

United States Bankruptcy Court for the:

    **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$330,571.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,515,955.00** |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City            State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. **George L. Sellers** <br> Creditor's name <br><br> **PO Box 492** <br> Street <br><br> **Cisco, TX 76437** <br> City            State    ZIP Code <br><br> Relationship to debtor <br> _____ | **2023** <br> _____ | **($12,000.00)** | **compensation** <br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

Debtor    **Valiant INT Pipeline, LLC**
Name    Case number *(if known)* _____

5.1.    **Ally**    **2022 Ram 3500 VIN#8938**    **5/20/2023**
Creditor's name

**PO Box 380903**
Street



**Bloomington, MN 55438**
City    State    ZIP Code

5.2.    **Ally**    **2022 Ram 1500 VIN#9995**    **6/10/23**
Creditor's name

**PO Box 380902**
Street



**Minneapolis, MN 55438**
City    State    ZIP Code

5.3.    **Ally**    **2022 Ram 2500 VIN#2494**    **6/10/2023**
Creditor's name

**PO Box 380903**
Street



**Bloomington, MN 55438**
City    State    ZIP Code

5.4.    **Ally**    **2022 Ram 1500 VIN#0389**    **5/20/2023**
Creditor's name

**PO Box 380903**
Street



**Bloomington, MN 55438**
City    State    ZIP Code

5.5.    **Truist Bank/Sun Trust Bank**    **2019 Ford Super Duty VIN#1060**    **11/2/2023**
Creditor's name

**PO Box 85052**
Street

**VA-RVW**

**Richmond, VA 23285**
City    State    ZIP Code

5.6.    **Carl Farni**    **Storage building #1 and storage**    **7/1/2023**
Creditor's name    **building #2 location at**
_____ **was**
**PO Box 99**
Street    **seized by _____; 32**
**equipment digging _____ located**
**at _____**

**Elk City, OK 73648**
City    State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

Debtor    Valiant INT Pipeline, LLC

Name

Case number (if known) _____

6.1. _____    _____    _____

Creditor's name

_____    XXXX– __ __ __ __

Street

_____

_____

City                State    ZIP Code

---

**Part 3:** Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Elliott Electric Supply, Inc. vs. Valiant INT Pipeline, LLC and George L. Sellers** | debt collection | **145th District Court, Nacogdoches County, Texas**<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>**C2338226** | | | |

7.2.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **MPS Enterprises, Inc. dba Milford vs. Valiant INT Pipeline, LLC and George Sellers** | debt collection | **County Court at Law, Midland County, Texas**<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>**CC24698** | | | |

7.3.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Intake Rental & Supply vs. Valiant INT Pipeline, LLC** | debt collection | **Justice Court No. 1, Winkler County, Texas**<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**JP1-23-1721** | | | |

Debtor  Valiant INT Pipeline, LLC
Name

Case 24-41765-mxm7   Doc 1   Filed 05/23/24   Entered 05/23/24 14:21:58   Desc Main
Document   Page 53 of 88   Case number (if known)

**7.4.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **H&S Rental & Services, LLC. vs Valiant INT Pipeline LLC, aka and dba Baliant INT Pipeline; and George Sellers aka and BSPA, George L. Sellers and G.L. Sellers; Case No. 1202261** | **debt collection** | **County Court at Law No. 2, Harris County, Texas** <br> Name <br><br> Street <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Case number

**1202261**

**7.5.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Kirby-Smith Machinery vs. Valiant INT Pipeline LLC and Nicholas Moriarty, Individually** | **debt collection** | **61st Judicial District Court, Harris County, Texas** <br> Name <br><br> Street <br><br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Case number

**2023-75524**

**7.6.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Pro Fusion, LLC vs. Valiant INT Pipeline, LLC** | **debt collection** | **188th Judicial District Court, Gregg County, Texas** <br> Name <br><br> Street <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Case number

**2023-187-A**

**7.7.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Turkey Creek HDD, Inc. vs. Valiant INT Pipeline, LLC** | **debt collection** | **County Court at Law, Midland County, Texas** <br> Name <br><br> Street <br><br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Case number

**CC24942**

**7.8.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Nicols Water Services, Inc. vs. Valiant INT Pipeline, LLC** | **Debt collection** | **District Court, Beaver County** <br> Name <br><br> Street <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Case number

**C-J-23-9**

Debtor   Valiant INT Pipeline, LLC
         Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 7.9. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

| 7.9. | **Case title**<br>**Advantage Equipment**<br>**Rentals & Sales, LLC vs.**<br>**Valiant INT Pipeline, LLC** | **Nature of case**<br>debt collection | **Court or agency's name and address**<br>**335th District Court, Hood County**<br>Name<br><br>Street<br><br>City        State    ZIP Code | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
|  | **Case number** | | | |
|  | | | | |
| 7.10. | **Case title**<br>**Valiant INT Pipeline, LLC**<br>**and George Sellers vs.**<br>**Ivan ("Cinch") Yake,**<br>**Doyle Yake, Gerald**<br>**("Jerry") Burris, James**<br>**Paul Allen, Kaylee**<br>**Voelker, Lester Cummins,**<br>**and Defiance LLC** | **Nature of case**<br>**Breach of Fiduciary Duty,**<br>**Equitable Accounting,**<br>**Tortious Interference,**<br>**Violation of OK Uniform**<br>**Trade Secrets Act,**<br>**Conspiracy, Unfair**<br>**Competition, Conversion,**<br>**Injunction, Unjust**<br>**Enrichment** | **Court or agency's name and address**<br>**District Court, Beckham County,**<br>**Oklahoma**<br>Name<br><br>Street<br><br>City        State    ZIP Code | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
|  | **Case number**<br>**CJ-2023-18** | | | |
| 7.11. | **Case title**<br>**Valiant INT Pipeline, LLC**<br>**vs. Strata Production**<br>**Company and Eric**<br>**Talavera** | **Nature of case**<br>case dismissed 4/19/2023<br>**Breach of Contract,**<br>**Fraud, negligent**<br>**misrepresentation,**<br>**tortious interference** | **Court or agency's name and address**<br>**109th Judicial District Court, Winkler**<br>**Texas**<br>Name<br><br>Street<br><br>City        State    ZIP Code | **Status of case**<br>☐ Pending<br>☐ On appeal<br>☑ Concluded |
|  | **Case number**<br>**DC23-18305** | | | |
| 7.12. | **Case title**<br>**R.O. Pomroy Equipment**<br>**Rental, Inc. dba Roper,**<br>**Inc. vs. Valiant INT**<br>**Pipeline, LLC** | **Nature of case**<br>debt collection | **Court or agency's name and address**<br>**358th Judicial District Court, Ector**<br>**County, Texas**<br>Name<br><br>Street<br><br>City        State    ZIP Code | **Status of case**<br>☐ Pending<br>☐ On appeal<br>☑ Concluded |
|  | **Case number**<br>**D-22-08-1019CV** | | | |
| 7.13. | **Case title**<br>**Unit Liner vs. Valiant INT**<br>**Pipeline, LLC** | **Nature of case**<br>debt collection | **Court or agency's name and address**<br>**453th Judicial District Court,**<br>**Montgomery County**<br>Name<br><br>Street<br><br>City        State    ZIP Code | **Status of case**<br>☐ Pending<br>☐ On appeal<br>☑ Concluded |
|  | **Case number**<br>**23-01-01100** | | | |

Debtor    Valiant INT Pipeline, LLC
           Name

Case 24-41765-mxm7    Doc 1    Filed 05/23/24    Entered 05/23/24 14:21:58    Desc Main
                              Document    Page 55 of 88    Case number (if known)

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Bell Supply Company, LLC vs. Valiant INT Pipeline, LLC and George Sellers; Case No. CV-2023-00470** | debt collection | **County Court at Law No. 2, Denton County**<br>Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | Street | |
| | **CV-2023-00470** | | City          State    ZIP Code | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Auxiliary Energy Services, LLC vs. Valiant Pipeline, LLC** | debt collection | **5th Judicial District Court, Lea County, New Mexico**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | Street | |
| | **D-506-CV-2022-00997** | | City          State    ZIP Code | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Flash Funding, LLC vs. Valiant INT Pipeline, LLC, George Sellers and Nicholas Michael Moriarty** | debt collection | **11th Judicial District Court, Harris County, Texas**<br>Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | Street | |
| | **2020-51396** | | City          State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | Court name and address |
| | Street | Case title | Name |
| | | Case number | Street |
| | City          State    ZIP Code | | |
| | | Date of order or assignment | City          State    ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **Valiant INT Pipeline, LLC** _____  Case number _(if known)_ _____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City                State    ZIP Code
_____

**Recipient's relationship to debtor**

_____

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (_Schedule A/B: Assets – Real and Personal Property_). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | **Business Partner Ivan Yake , violated the POA and used a 2017 Cargo Trailer VIN#0327, owned free and clear by Debtor and tools purchased through Elliot Electric towards a down payment to Boss Industrial. Elliot Electrical was not paid for the tool** | | **2023** | **$30,000.00** |
| 10.2. | **theft of business assets, trade-secrets, trade accounts, service contracts, income, customers, reputation, projects by Ivan ('Cinch') Yake, Doyle Yake, Gerald Burris, James Paul Allen, Kaylee Voelker, Lester Cummins and Defiance LLC** | **Debtor filed lawsuit: Valiant INT Pipeline, LLC and George Sellers vs. Ivan ("Cinch") Yake, Doyle Yake, Gerald ("Jerry") Burris, James Paul Allen, Kaylee Voelker, Lester Cummins, and Defiance LLC; Case No. CJ-2023-18** | **2022 - 2023** | |
| 10.3. | **Breach of Contract, Fraud, negligent misrepresentation, tortious interference** | **lawsuit filed: Valiant INT Pipeline, LLC vs. Strata Production Company and Eric Talavera; Case No. DC23-18305;** | **2022** | **$3,310,671.26** |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    Valiant INT Pipeline, LLC                                                                Case number *(if known)*

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Vida Law Firm, PLLC** | **Attorney's Fee** | **5/7/2024** | **$7,500.00** |

| | **Address** | | | |
|---|---|---|---|---|
| | **3000 CENTRAL DR** | | | |
| | Street | | | |
| | **BEDFORD, TX 76021-3671** | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    Variant INT Pipeline, LLC

Case 24-41765-mxm7    Doc 1    Filed 05/23/24    Entered 05/23/24 14:21:58    Desc Main
Document      Page 58 of 88    Case number *(if known)*

Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Barber-Dyson Ford** | **2023 Dodge Crew truck VIN#2655** | **11/21/2022** | **$43,736.00** |
| | **Address** | | | |
| | **501 East Highway 66** Street | | | |
| | **Elk City, OK 73644** City        State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **NA** | | | |

| 13.2. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Barber-Dyson Ford** | **2022 Dodge Ram crew truck VIN#2492** | **11/21/2022** | **$51,465.00** |
| | **Address** | | | |
| | **501 East Highway 66** Street | | | |
| | **Elk City, OK 73644** City        State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

| 13.3. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Barber-Dyson Ford** | **2002 Dodge Ram crew truck VIN#2486** | **11/21/2022** | **$51,465.00** |
| | **Address** | | | |
| | **501 East Highway 66** Street | | | |
| | **Elk City, OK 73644** City        State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor   **Valiant INT Pipeline, LLC**                                    Case number *(if known)*
         Name

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Barber-Dyson Ford** | **2023 Dodge Ram crew truck VIN#2484** | **11/21/2022** | **$51,465.00** |
| | Address | | | |
| | **501 East Highway 66**<br>Street | | | |
| | **Elk City, OK 73644**<br>City            State     ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **North Texas Auction** | **2001 Kenworth W900 VIN#6081** | **1/28/2023** | **$59,800.00** |
| | Address | | | |
| | **1659 West Highway 56**<br>Street | | | |
| | **Bonham, TX 75418**<br>City            State     ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.6. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **North Texas Auction** | **2019 Globe Trailer VIN#6364** | **1/28/2023** | **$58,880.00** |
| | Address | | | |
| | **1659 West Highway 56**<br>Street | | | |
| | **Bonham, TX 75418**<br>City            State     ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor  Valiant INT Pipeline, LLC

Case 24-41765-mxm7   Doc 1   Filed 05/23/24   Entered 05/23/24 14:21:58   Desc Main
                    Document      Page 60 of 88   Case number *(if known)*

Name

| 13.7. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | North Texas Auction | 2004 Kaly Trailer VIN#1544 | 1/28/2023 | $1,472.00 |

**Address**

1659 West Highway 56
Street

Bonham, TX 75418
City          State     ZIP Code

**Relationship to debtor**

| 13.8. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | GFT Land & Cattle LLC | Hose Reel | 4/18/2023 | $18,500.00 |

**Address**

PO Box 1143
Street

Altus, OK 73521
City          State     ZIP Code

**Relationship to debtor**

| 13.9. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | RLB Sales-Leasing | 2022 Dodge Ram 2500 VIN#2473 | 9/12/2023 | $44,500.00 |

**Address**

2020 S. Cherry Lane
Street

Fort Worth, TX 76108
City          State     ZIP Code

**Relationship to debtor**

Debtor    Valiant INT Pipeline, LLC    Case number *(if known)*
          Name

| 13.10. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | RLB Sales-Leasing | 2022 Dodge Ram 2500 VIN#2499 | 9/12/2023 | $44,500.00 |
| | Address | | | |
| | 2020 S. Cherry Lane | | | |
| | Street | | | |
| | | | | |
| | Fort Worth, TX 76108 | | | |
| | City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.11. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | RLB Sales-Leasing | 2022 Doge Ram 2500 VIN#2503 | 9/12/2023 | $44,500.00 |
| | Address | | | |
| | 2020 S. Cherry Lane | | | |
| | Street | | | |
| | | | | |
| | Fort Worth, TX 76108 | | | |
| | City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.12. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | RLB Sales - Leasing | 2022 Dodge Ram 2500 VIN#2488 | 9/12/2023 | $44,500.00 |
| | Address | | | |
| | 2020 S. Cherry Lane | | | |
| | Street | | | |
| | | | | |
| | Fort Worth, TX 76108 | | | |
| | City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor   **Valiant INT Pipeline, LLC**
_____   Case number *(if known)* _____
Name

| 13.13. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **RLB Sales - Leasing** | **2022 Dodge Ram 2500 VIN#2478** | **9/12/2023** | **$44,500.00** |
| | Address | | | |
| | **2020 S. Cherry Lane** | | | |
| | Street | | | |
| | **Fort Worth, TX 76108** | | | |
| | City                State    ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.14. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **RLB Sales - Leasing** | **2022 Dodge Ram 2500 VIN#2500** | **9/12/2023** | **$44,500.00** |
| | Address | | | |
| | **2020 S. Cherry Lane** | | | |
| | Street | | | |
| | **Fort Worth, TX 76108** | | | |
| | City                State    ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.15. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **RLB Sales- Leasing** | **2022 GMC Sierra VIN#7363** | **1/10/2024** | **$52,000.00** |
| | Address | | | |
| | **2020 S. Cherry Lane** | | | |
| | Street | | | |
| | **Fort Worth, TX 76108** | | | |
| | City                State    ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor    Valiant INT Pipeline, LLC
_____    Case number *(if known)* _____
Name

| 13.16. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Boss Industrial Solutions** | **Unbeknownst to Debtor, an Employee of Debtor, Ivan Yake, violated his POA by using Debtor's 2017 Cargo Trailer VIN#0327 and tools, including, but not limited to: Milwaukee knock out set, a 6500 generac generator, a rigid tripod pipe vise as a down payment for performance and materials to be provided by Boss Electric.** | **11/30/2022** | **(Unknown)** |
| | Address | | | |
| | **1309 S. Main St.** Street | | | |
| | **Borger, TX 79007** City                    State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **sub contractor** | | | |

| 13.17. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Barber-Dyson Ford** | **2012 Ford VIN#5828** | **1/23/2022** | **$37,206.00** |
| | Address | | | |
| | **501 East Highway 66** Street | | | |
| | **Elk City, OK 73644** City                    State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **108 Oilfield Road** Street | From _____ To _____ |
| **Elk City, OK 73644** City                State    ZIP Code | |
| 14.1. **800 N. Pine (Jal Hwy.)** Street | From _____ To _____ |
| **Kermit, TX 79745** City                State    ZIP Code | |

Debtor    Valiant INT Pipeline, LLC

Name

Case 24-41765-mxm7    Doc 1    Filed 05/23/24    Entered 05/23/24 14:21:58    Desc Main
Document    Page 64 of 88    Case number *(if known)*

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City          State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically _____ ☐ Paper |

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| 18.1 | **Herring Bank** | XXXX– _ _ _ _ | ☐ Checking | **9/21/23** | **$0.00** |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☑ Other | | |
| | | | **operating account** | | |
| | City　　State　ZIP Code | | | | |

| 18.2 | **First American Bank** | XXXX– **1 3 1 0** | ☑ Checking | **5/22/2024** | **$0.00** |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | City　　State　ZIP Code | | | | |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **First American Bank** | ~~George L. Sellers~~ | ~~empty~~ | ☐ No |
| | Name | | | ☑ Yes |
| | **303 W. Main** | | | |
| | Street | | | |
| | | **Address** | | |
| | **Artesia, NM 88210** | **PO Box 492** | | |
| | City　　State　ZIP Code | **Cisco, TX 76437** | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City　　State　ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor   Vaiiant INT Pipeline, LLC                                          Case number *(if known)*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Nationwide Trailers, LLC** <br> Name <br><br> Street <br><br> City          State   ZIP Code | **1402 Ft. McKavitt** <br><br> **Mason, TX 76856** | ~~Debtor purchased a 2023~~ <br> ~~LoneStar, Cargo trailer VIN#~~ <br> ~~4120, with free and clear title;~~ <br> however, the trailer has not been <br> registered and is still titled to <br> Nationwide Trailers, LLC | **$9,000.00** |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br> **Case number** <br><br> | Name <br><br> Street <br><br><br> City          State   ZIP Code | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br><br> Street <br><br><br> City          State   ZIP Code | Name <br><br> Street <br><br><br> City          State   ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

Debtor    Valiant INT Pipeline, LLC                                                      Case number *(if known)*
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Valiant INT Pipeline, LLC**<br>Name<br><br>Street<br><br><br>City          State      ZIP Code | | EIN:  **8 2 – 5 3 2 6 7 5 8**<br>**Dates business existed**<br>From _____  To _____ |

**26.** **Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Neuwirth Slaughter & Associates**<br>Name<br><br>**168 Col Etheredge Blvd B**<br>Street<br><br><br>**Huntsville, TX 77340**<br>City          State          ZIP Code | From **2020**    To **present** |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  <br>Name<br><br>Street<br><br><br>City          State          ZIP Code | From _____    To _____ |

Debtor   Valiant INT Pipeline, LLC _____   Case number *(if known)* _____
     Name

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **George L. Sellers** | **PO Box 492 Cisco, TX 76437** | **President ,** | **100.00%** |

Debtor  Valiant INT Pipeline, LLC

Name

Case number *(if known)*

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | , _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. **George L. Sellers** <br> Name <br><br> **PO Box 492** <br> Street <br><br> _____ <br><br> **Cisco, TX 76437** <br> City        State        ZIP Code <br><br> **Relationship to debtor** <br><br> **President** | **$4,000.00** | **1/2024 - 2/2024** | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/23/2024**
            MM/ DD/ YYYY

Debtor    **Valiant INT Pipeline, LLC**                                                Case number *(if known)*
          Name

**X** **/s/ George L. Sellers**                        Printed name          **George L. Sellers**
    Signature of individual signing on behalf of the debtor


    Position or relationship to debtor          **president**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**     Valiant INT Pipeline, LLC

Case No. _____

**Debtor**                                                                          Chapter _____ **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................................    **$7,500.00**

Prior to the filing of this statement I have received ...............................................................................    **$7,500.00**

Balance Due .......................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor                ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor                ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in an adversary proceeding and other contested bankruptcy matters

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/23/2024** | **/s/ Behrooz P. Vida** |
|---|---|
| *Date* | Behrooz P. Vida |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 20578040
The Vida Law Firm, PLLC
3000 CENTRAL DR
BEDFORD, TX 76021-3671
Phone: (817) 358-9977

</div>

**The Vida Law Firm, PLLC**
*Name of law firm*

---

Date:    **05/23/2024**                                    **/s/ George L. Sellers**

***George L. Sellers***

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Valiant INT Pipeline, LLC**                                    CASE NO

                                                                        CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **05/23/2024**        Signature _____**/s/ George L. Sellers**_____

                                                        George L. Sellers , president

Advantage Equip Rentals &
Sales, LLC
15850 US -377 South
Fort Worth, TX 76126


Allen Bryson PLLC
211 N. Center St.
Longview, TX 75601


Ally
PO Box 380903
Bloomington, MN 55438


Ally
PO Box 380902
Minneapolis, MN 55438


Altus Receivables
Management
2121 Airline Dr. 520
Metairie, LA 70002


AMGuard Insurance Company
9 Public Square
Wilkes Barre, PA 18703


Associated Supply Company,
Inc.
PO Box 3888
Lubbock, TX 79452


Atkins, Hollmann, Jones
Peacock, Lewis & Lyon
3800 E. 42nd St.
Odessa, TX 79762

Auxiliary Energy Services, LLC
PO Box 1258
Lovington, NM 88260

Beck Trucking
1703 S. Merritt Road
Elk City, OK 73644

Bell Supply Company, LLC
PO Box 842263
Dallas, TX 75284

Blue Star Services
PO Box 1268
Tularosa, NM 88352

Boss Industrial Solutioins
120 SW. 6th Ave.,
Amarillo, TX 79101

Brad Walker
37762 Marias Way
Magnolia, TX 77354

Brent L. Watkins
Skelton Slusher et al
1616 S. Chestnut
Lufkin, TX 75901

Buck Keenan LLP
2229 San Felipe 3000
Houston, TX 77039

Buck Keenan LLP
2229 San Felipe 3000
Houston, TX 77039

Carl Farni
PO Box 99
Elk City, OK 73648

Carl Farni
PO Box 99
Elk City, OK 73648

Chase INK Business Card
PO Box 6294
Carol Stream, IL 60197-6294

Chase National Payment
Services
Mail Code: OH1-1272
PO Box 182223
Columbus, OH 43218

Christensen Law Group, PLLC
622 W. 3rd Street
Elk City, OK 73644

Christensen Law Group, PLLC
622 W. 3rd Street
Elk City, OK 73644

Jr. Christopher J. Jameson
5429 LBJ Fwy, 700
Dallas, TX 75240

CRF Solutions
2051 Royal Ave.
Simi Valley, CA 93065


Davis, Gerald & Cremer
400 W. Illinois, 1400
Midland, TX 79701


Dcp Valve & Repair Services
Llc
1004 N. Main
Cordell, OK 73632


Defiance LLC
19344 E 1180 Road
Sayre, OK 73662


Diego Trucking
Services, LLC
PO Box 299
Vaughn, NM 88353


Double S. Welding, Inc.
2358 State Hwy 92
Chickasha, OK 73018


Doyle Yake
PO Box 168
Stinnett, TX 79083


DXP
103 E. 20th St.
Elk City, OK 73644

Elliott Electric Supply, Inc.
PO Box 306524
Dallas, TX 75320-6524

Eric Talavera
1505 Fox Ave
Dumas, TX 79029

Evolve Vessel Company
PO Box 808
Elk City, OK 73648

Flash Funding, LLC
10622 Hirsch Road
Houston, TX 77016

Freedom Price & Anziani, PC
1102 West Ave. 200
Austin, TX 78701

GableGotwals
BOK Park Plaza
499 W. Sheridan Ave. 2200
Oklahoma City, OK 73102

George L. Sellers
PO Box 492
Cisco, TX 76437

George Sellers
d/b/a S3 Cons
2203 Riva Row Apt. 1108
Spring, TX 77380

Gerald Burris
12673 Hwy 6
Carter, OK 73627


H&S Rental & Services, LLC
PO Box 62582
San Angelo, TX 76906


Hicks Law Group
325 N. St. Paul St. Ste. 4400
Dallas, TX 75201


Hicks Law Group, PLLC
335 N. St. Paul Street 4400
Dallas, TX 75203


Hinkle Shanor LLP
PO Box 10
Roswell, NM 88202-0010


Intake Rental & Supply, LLC
PO Box 4312
Houma, LA 70361


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce St., Mail Code 5020-DAL
Dallas, TX 75242

IPFS Corporation
PO Box 413086
Kansas City, MO 64105


Ivan "Cinch" Yake
19344 E. 1180 Road
Cordell, OK 73632


James Patrick Murphy
Murphy Mahon Keffler & Farrier
500 East 4th Street 225
Fort Worth, TX 76102


Jameson & Dunagan, PC
5429 LBJ Freeway 700
Dallas, TX 75240


JB Assets Management
Brownings Concrete Pumping & Trucking
15850 Highway 377
Fort Worth, TX 76126


Jon D. Totz
Totz Ellison & Tote, PC
2211 Norfolk St. 510
Houston, TX 77098-4048


Joyce Crane
5401 East Texas Ave.
Bunkie, LA 71322


JPMorgan Chase
Mail Code LA4-6911
700 Kansas Lane
Monroe, LA 71203-4774

Kaylee Volker
503 Pine Ave.
Vega, TX 79092


Kirby-Smith Machinery, Inc.
PO Box 270350
Oklahoma City, OK 73137


Lester Cummins
PO Box 1174
Erick, OK 73645


Levington Law Firm, Ltd.
One Pierce Place 725W
Itasca, IL 60143


Linde Gas & Equipment, Inc.
Dept. 0889
PO Box 120889
Dallas, TX 75312-0889


Lisa M. Molsbee, Esq.
The Parkway Building
3401 NW 63rd Stret 600
Oklahoma City, OK 73116


Lynch, Chappell & Alsup
300 North Marienfeld 700
Midland, TX 79701


McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102

McCarthy, Burgess & Wolfe
The MB&W Building
26000 Cannon Road
Bedford, OH 44146


Michael Real Estate
PO Box 924
Meadow, TX 79345


Michel Real Estate
PO Box 924
Meadow, TX 79345


MPS Enterprises, Inc. dba
Milford
7607 W Industrial Ave,
Midland, TX 79706


Murray A. "Trey"
38000 E. 42nd St 500
Odessa, TX 79762


NexTrag
PO Box 745895
Atlanta, GA 30374-5895


Nicholas Moriarty
3309 Green Mountain Dr.
Livermore, CO 80536


Nichols Water Services, Inc.
423 E. Main
Forgan, OK 73938

Northwest Crane Services,
LLC
1125 40th Street B


Nowlin Law Firm
2072 Three Lake Parkway 100
Tyler, TX 75703


Oklahoma Turnpike Authority
PO Box 248935
Oklahoma City, OK 73136-0255


Pace Field Services, LLC
6303 W. Murphy St. Bldg 5
Odessa, TX 79763


Paul Allen
PO Box 232
Higgins, TX 79046


Principal Life Insurance
Company
Group Benefits
311 High Street
Des Moines, IA 50392


Pro Fusion, LLC
PO Box 2049
Kilgore, TX 75663


R.O. Pomroy Equipment
Rental, Inc.
dba Roper, Inc.

Rabern Rentals
4807 S. Washington
Amarillo, TX 79109


Roper, Inc.
PO Box 1683
Odessa, TX 79766


Sanders, Bruin, Coll & Worley,
PA
P701 W. Country Club Road
Roswell, NM 88202-0550


George L. Sellers
PO Box 492
Cisco, TX 76437


Seward County Waste
Management
1703 E. 8th Street
8th Street Hwy 54
Liberal, KS 67905

Small Business
Administration
409 3rd Street SW
Washington, DC 20416


Strata Production Company
PO Box 1030
Roswell, NM 88202-1030


TD Rentals
3681 Hwy 377
Carrizo Springs, TX 78834

Texas First Rentals LLC
PO Box 650869
Dallas, TX 75265-0869


Texas Workforce Commission
Tax Dept.
Box 591
Fort Worth, TX 76101-0591


The Fuentes Firm, P.C.
5507 Louetta Road A
Spring, TX 77379


The Fusselman Law Firm, PC
1616 S Voss Rd 775
Houston, TX 77057


Todd, Barron Thomason,
Hudman
Bebout, Rodriguez, PC
3800 E. 42nd St. 409
Odessa, TX 79762-5982


Totz Ellison & Totz, P.C.
2211 Norfolk 510
Houston, TX 77098


Transworld Systems, Inc.
500 Virginia Dr. 514
Fort Washington, PA 19034


Troy Jones Rentals, Inc.
1203 South Main
Elk City, OK 73644

Truist Bank
Recovery Dept.
PO Box 85052
Richmond, VA 23285

Turkey Creek HDD, Inc.
1300 SE Loop 335
Amarillo, TX 79118

TX Tag
PO Box 650749
Dallas, TX 75265

Ultimate Safety & Supply, LLC
1120 th Street
Woodward, OK 73801

Underwood
PO Box 9158
Amarillo, TX 79105-9158

Unit Liner Company
7901 N Kickapoo Ave
Shawnee, OK 74804

United Collection Bureau, Inc.
5620 Southwyck Blvd, Ste 206
Toledo, OH 43614

United Rentals North America,
Inc.
100 First Stamford Place 700
Stamford, CT 06902

United States Trustee
1100 Commerce St., Mail Code 5020-DAL
Dallas, TX 75242-0996

US Small Business
Administration
Disaster Assitance
14925 Kingsport Road
Fort Worth, TX 76155

Valiant INT Pipeline, LLC
PO Box 492
Cisco, TX 76021

Vanderbloeman Law Firm
330 E. Coffee St.
Greenville, SC 29601

Verizon Wireless
6929 N. Lakewood Ave.
Tulsa, OK 74117

W-4 Services, LLC
Lockbox 52143
Amarillo, TX 79159

Yoxall, Antrim & Frymire, LLP
101 W 4th St Liberal
Liberal, KS 67901-3224

Fill in this information to identify the case:

Debtor name **Valiant INT Pipeline, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/23/2024**
MM/ DD/ YYYY

**X** **/s/ George L. Sellers**
Signature of individual signing on behalf of debtor

**George L. Sellers**
Printed name

**president**
Position or relationship to debtor